# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

**CASE NO** 22-CIV-81240-Middlebrooks/WM

FILED BY **MEG** D.C.

AUG 09 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Amar Gueye, Plaintiff

vs.

Palm Beach County et al

United States Citizenship & Immigration Services

AT&T Corporation

State of Texas, Attorney General Greg Abbott, Judge Bruce Bruce McFarling & Texas Elected Officials

Southern District of New York & Judge Colleen McMahon

Second Circuit Court of Appeals & Cathleen Hogan Wolf

The Supreme Court of the United States, Chief Justice John Roberts & all nine Justices

United States Government, Defendants

## ORIGINAL COMPLAINT

This case exposes a series of multiple violations of Plaintiff's constitutional rights from various states and jurisdictions across the United States. It illustrates the preamble of the panorama of **racist conspiracies** to persecute a Black Muslim and his family in the United States of America.

## Preliminary Statement

Plaintiff paid his own plane ticket to come to the United States of America in the 80's. He sometimes worked two or three jobs while going to school at the same time. Plaintiff graduated with Honors in American College. Although Plaintiff was accepted at Columbia University, he chose to attend SUNY & New York University for Graduate education due to the fact that their program schedules were more compatible with Plaintiff's schedule as a Teacher with the New York Board of Education. Plaintiff was wrongfully discharged from the New York Board of Education. He won the arbitration but was not compensated for all his lost wages. Please See Gueye v. New York B. of Ed and United Federation of Teachers.

Plaintiff filed this case based on a pattern of vicious employment discriminations by Palm Beach County and the State of Florida with hateful schemes like blocking his email address and denying Plaintiff access to the Florida State Jobsites and others, malicious retaliations, malicious denial of Covid Rent Relief by Palm Beach County as a Muslim Tax Payer of the State of Florida while paying Covid money to criminals & illegal aliens. Plaintiff informed the Florida Attorney General about the lack of access to jobs without a



resolution. Plaintiff applied for many jobs in Palm Beach County from the Ethics commission to the Palm Beach Elections office along with the Public Defender's office.

All Defendants have conspired to violate Plaintiff's constitutional Rights to life, liberty and pursuit of happiness. While educating American children through his nonprofit with donation of books, computers, computer parts and educational stipends, Plaintiff had to constantly borrow money from his siblings in West Africa to manage the programs of his nonprofit for the past twenty Seven years. Plaintiff 's nonprofit never received a dime from any local, state or federal sources despite the fact that its name and programs have been replicated overtly or covertly in many States including the USA Brand by the Obama administration and the World Kitchen just to name a few.

Section 7 of the Privacy Act (found at 5 U.S.C. § 552a note (Disclosure of Social Security Number)) provides that:

"It shall be unlawful for any Federal, State or local government agency to deny to any individual any right, benefit, or privilege provided by law because of such individual's refusal to disclose his social security account number." Sec. 7(a)(1).

Parental alienation – defined as **when one parent's relationship with his or her child is harmed by the other parent** – can have devastating consequences. Many legal professionals and psychologists have known about parental alienation for decades. **Your ex prevents you from seeing or talking to your child on the phone or online**. Your ex tells your child that you are too busy, preoccupied or uninterested in them. Your ex is very controlling of how the child communicates with you.

## Facts

All defendants have either concurrently, subsequently, closely or remotely **conspired** to violate Plaintiff's constitutional Rights in the State of Florida without due process nor remedies. Defendants have all engaged in the violation of Plaintiff's rights:

**-CONSPIRACY AGAINST RIGHTS-TITLE 18, U.S.C., SECTION 241**

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same;...

**Plaintiff's money was stolen from all the American Banks he ever used, from Fifth-Third Bank of Cincinnati, Ohio, Bank of Kentucky in Cincinnati, Ohio, Bank of America and Northwest Bank of Buffalo where Cathleen Pelosi illegally closed Plaintiff's account and made fraudulent overdraft transactions without Plaintiff's consent after Plaintiff donated money to the Hillary Clinton Project & Barack Obama Foundation.**



- Federal Tort Claims Act ("FTC"), 28 U.S.C. § 2671, et seq. Jurisdiction is alleged to exist pursuant to 28 U.S.C. § 1346.

Plaintiff also alleges claims of negligent and intentional infliction of emotional distress, negligent hiring and supervision, negligently providing an unsafe workplace and employment discrimination along with failure to properly investigate the physical attack on Plaintiff by a criminal named Marco Colon at **Nassau Candy Factory.**

**Palm Beach County** has violated many constituents' constitutional rights at the Bureau of Motor Vehicles by imposing them to submit their passport for simply renewal of driver license. Worse, they have forced hundreds if not thousands according to a medical employee with no eye problems, to pay Hundreds of Dollars to Optometrists without due process. Such an Identity Theft enterprise and RICO enterprise must be investigated by the Feds and remove all the illegal restrictions on U.S. Citizens' driver licenses. This is the first time Plaintiff experiences such a fraudulent scheme in the United States.

**Plaintiff requested for years a congressional hearing in Gueye v. U.S. Postal Services et al in the interest of justice from various members of Congress of the United to no avail. From Jerry Nadler of New York, Chip Roy and Joaquin Castro of Texas, former democratic Presidential Candidate Kamala Harris of California, Cory Booker of New Jersey and Brian Mast of Florida along with Congressman Clyburn of South Carolina, no none responded to Plaintiff's request for Congressional hearing. Only Plaintiff's honorable brother Xavier Becerra, former attorney general of California, responded to Plaintiff's letters. Thank you Mr. Becerra. "Bendiciones". May God Bless You and your family.**

**Amos Taylor of Nassau Candy** deliberately attempted to cover up Marco's physical attack on Plaintiff, denying Plaintiff a schedule of work compatible with transportation and his Islamic prayers. Amos Taylor viciously used his deranged and dangerous employee to bully Plaintiff in hope that Plaintiff would engage in a physical altercation to get Plaintiff in trouble. When that failed, Amos Taylor illegally terminated Plaintiff's employment based on the fact that Marco, the criminal aggressor did not like Plaintiff's songs of the Cop TV Show entitled "Bad Boy, what you gonna do when they come for you". Only a guilty conscience would fear that song. Please be informed that almost half of employees at Nassau Candy have their own boombox glaring songs with profanity, singing and dancing all day. Amos Taylor tried his best to push Plaintiff to resign. Plaintiff was less impressed by Taylor's Lame duck Badge of Probation Officer. How many Times Taylor mentioned or flashed his badge of probation officer to Plaintiff for either an attempt of intimidation or simply a bragging tool? Either way, Plaintiff told Amos Taylor each time that he is not impressed by the Candy badge!

Plaintiff contacted the State of Florida and The U.S. Immigration Office to timely remove the criminal aggressor Marco before he attacks someone else to no avail.

If the word Hell has no fury like a scorned woman is true, the Plaintiff **Ex-wife** has truly symbolized it by accusing Plaintiff last year of selling his baby daughter at birth in 1998 to New York Child Family Services. Although the allegation sounds silly, it is very serious because F.Sam who lives in Michigan has uttered such a lie to Plaintiff's family in Africa. Plaintiff's sibling told him they did not believe such a pathological lie. As such they never discussed it with Plaintiff. When Plaintiff was informed about the false allegation by his scorned ex-wife last year, Plaintiff wrote to the New York Attorney General, to the U.S. Department of justice and to President Biden to request for an FBI investigation without a single response. Worse, Plaintiff's ex-wife has managed to convince Plaintiff's daughter to believe such a demonic lie. **Please be informed that Plaintiff paid the plane tickets for his ex-wife F. Sam and her brother. Plaintiff petitioned for their visa to enter the United States when their own father was so desperate to the point of**

wanting to sell his own house to obtain a visa for Plaintiff's ex-brother in law. Plaintiff is ready to translate this whole case in french to the Authorities of country of origin to debunk such a cannibalistic attack by his ex- wife.

Plaintiff spoke to his ex-wife no more than three times for the past twenty four years and she is the one who always intervenes in Plaintiff's conversation with his daughter. Plaintiff wishes F.Samb & her brother all the best but to Plaintiff, she does not exist on earth. **Plaintiff, the most persecuted Black Muslim in the United States of America** is grateful to his creator for empowering him to help American Women to buy a house, start a business, send their kids to college besides petitioning for poor African women to come to the United States or sheltering them when they first land to the U.S. let alone his decades of pro bono advocacy for oppressed and exploited American Women nationwide. **All praises back to Allah.**

Plaintiff, who spent his lifetime income and those of his siblings from Africa to finance the programs of his nonprofit to distribute thousands of books, hundreds of computers and printers along with educational stipends to children in New York, Ohio, Kentucky, Texas, Michigan, Florida and to foreign schools, **could not possibly sell his biological child for any amount of money**.

**-Failure to Conduct Prompt and Impartial Investigations (Article 12) & Limitations on the Rights of Redress and Remedy (Articles 13, 14):**

No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment." This ban on torture and other ill-treatment has subsequently been incorporated into the extensive network of international and regional human rights treaties. It is contained in Article 7 of the International Covenant on Civil and Political Rights (ICCPR), ratified by 153 countries, including the United States in 1992,

Title VII of 1964 Civil Rights Act, prohibits employment discrimination based on race, color, religion, sex, or national origin. Here, The Palm Beach County and the State of Florida have denied Plaintiff work for about a year now. Similarly, Amos Taylor and Nassau Candy Distributor illegally terminated Plaintiff's employment while gathering funds to spearhead the programs of his nonprofit in Sunshine State. Everson v. Board of Education, 330 U.S. 1, 16 (1947); Illinois ex rel. McCollum v. Board of Education, 333 U.S. 203, 211 , 212 (1948).

**Plaintiff took the U.S. Postal service test and was offered a job in Arizona. Plaintiff took his fingerprints at the Buffalo-New York Post Office and completed all forms. Plaintiff requested a transfer to Palm Beach Florida. He contacted Wanda Brown and The PostMaster General of Palm Beach-Florida Post. Plaintiff also applied for an EEO officer position commensurate more with his legal background. Plaintiff sent multiple emails and correspondences to all the Managers of South Florida Post office without a single response.**

**-Violations of Plaintiff's Constitutional Rights:**

**-Violation of Plaintiff's Fourth Amendment Rights:**

By acting under color of state law to deprive Plaintiffs of their Fourteenth Amendment rights, Defendants have violated 42 U.S.C.§ 1983.

-Violation of Plaintiff' Fifth Amendment Rights: No person shall be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use without just compensation. Palm Beach County's hateful denial of Plaintiff's Covid Rent relief and continuous

discriminatory practices have caused Plaintiff unnecessary debts, irreparable health and housing harms for staying in a place where Plaintiff was constantly fed cigarette smokes even during the month of Ramadan when Plaintiff fasted more than twelve hours a day for an entire month.

**The Defendants AT&T & Affiliates and U.S. Governmental agencies** deliberately hacked Plaintiff's personal and business phone data, intellectual properties and Business trademarks for the past Fifteen years with malicious and vicious unfair business practices like shutting down Plaintiff's paid phone services, intentionally deleting Plaintiff's voice messages and willfully delaying submission of sent messages to Plaintiff's phone. AT&T and Whatsapp also constantly upgrade Plaintiff's phone software without his consent. Plaintiff found out that all those software upgrades are nothing but thefts of Plaintiff's Data. AT&T turned off many times Plaintiff's phone and AT&T customer service agents in Mexico threatened Plaintiff to keep turning off his service if Plaintiff kept writing articles and memorandums for social justice to BBC News World Report and other global news outlets.

**The state of Texas** has become A Nazi concentration camp for Black folks and Black leadership. The racist attacks on the Honorable Beloved sister **Mayor Muriel Bowser of Washington D.C and Mayor Eric Aadams of New York** are just the tip of the Iceberg. No Black City Council has hardly survived a second term in San Antonio- Texas City Council. The Honorable Jada Andrews Sullivan has become the last casualty.

James Whitfield, the first Black principal at mostly white Colleyville Heritage High School, chose to resign but remain on paid administrative leave until 2023 in a settlement with the school district in Cowboy Land.

The twenty first Century lynching of the Black **Attorney Petrina Lucretia Thompson** by the Racist Judge **Bruce Bruce McFarling** and the State of Texas with Zero evidence is a clear proof of lack of equal protection for Black Folks in the state of Texas.

Plaintiff's wrongful arrest in Texas with false allegation and racist attempts to intimidate him for advocating for attorney Petrina Thompson has been recorded in **Gueye v. San Antonio Police et al at the Western District of Texas in San Antonio.**

**Judge Colleen McMahon and the Southern District of New York** have viciously tampered with evidence, committed forgery and perjury to include Plaintiff's name in the legal case of **African Children Vs. Jeffrey Epstein's Estates et al . The** clerk of the **Second Court of Appeals, Cathleene Hogan Wolf** deliberately failed to process Plaintiff's motions, briefs and documents and kept sending Plaintiff more requests to file the same papers. Little did she know that Plaintiff was equally submitting to the New York attorney general and the DOJ the same documents at the same time. Worse, Plaintiff found out that Wolf has been **scavenging on Plaintiff's brief at the Second Circuit Court of Appeals on Gueye vs. U.S. Postal services et al** by inserting foreign words and letters to make the brief completely nonsensical. Whoever says Racism does not exist in the United States, McMahon & Wolf are the prototypes of Twenty First Century KKKs. They have viciously defamed Plaintiff's name by attempting to make him part of Jeffrey Epstein's Global Sex Trafficking.

As for Chief Justice John Roberts, the nine Justices and the Supreme Court of RBG, they maliciously discriminated against Plaintiff for decades. Please see copy of Plaintiff's last correspondence to Chief Justice John Roberts without a response.

**Black folks are treated less than Animals in the United States.** It is a fact regardless of what Black person the U.S. Government attempts to use to cover up Racism in the usual reactionary schemes. Please see multiple proofs of correspondences to the First Ladies of the United States without a single response from Melania Trump to Dr. Jill Biden.

NB: The racist plots by Ohio Judges in Hamilton County, Ohio precisely in Cincinnati are just part of a series & nationwide corrupt and racist misconduct to attempt to smear Plaintiff and attempt to destroy his life and his family as well. Fom unprecedented racist and illegal orders from judge **Sandra Shark Beckwith** who tried in vain to stop Plaintiff from filing Discrimination Lawsuits to defend his constitutional rights, to the Twenty First Century Jim Crow illegal maneuvering of the **Racist Patrick Fischers,** currently at the Ohio Supreme Court are just few examples of the most Wickec, vicious and barbaric legal schemes from the **Racist Judicial system of Ohio.**

**Patrick Fischer**, as a lawyer set up an appointment with Plaintiff as the spokesperson of the Simpara family in **Simpara vs. Hamilton County & Firooz Nami et al.** Fischer who pretended to assist the Simpara Family in their legal case wrote an amicus brief full of lies and racist schemes in an attempt to sabotage the Simpara case. The State of Ohio must not have read Plaintiff's Complaint to the Ohio Bar Disciplinary Board. Otherwise, the Ohio Bar would never have allowed Fischer to become a judge much less a Supreme Court Judge. **Fischer is a Racist** and I hereby demand a Complete Review of any criminal convictions he ever ordered against any Black person or any adverse civil order he ever wrote against any Black person in his life. If Fischer is as convinced about his Fraudulent & frivolous Amicus Brief against Plaintiff and the Simpara Cases, **Plaintiff challenges Fischer to appear for a Congressional Hearing on National Television.**

On the Other hand, as a Black Man and advocate for Human Rights, Plaintiff has whole heartedly forgiven a Cincinnati, Ohio Black Woman Judge who contacted Plaintiff when he was hosting his own TV program. The judge confided with Plaintiff about a project and sought for Plaintiff's assistance and emphasized the confidential aspect of the project. Plaintiff promised her to do his best and to make sure no one else will ever know about it except for Plaintiff and the Black Woman Judge. After completing his research, Plaintiff contacted the judge in her chamber to deliver the information to her. Lord Have Mercy! The judge contacted another friend to allege "Stalking". Plaintiff clearly stated the reason for his visit to the Black Woman judge's chamber. Later on, the same Black Woman Judge came out to the public to state that she was suffering from **Alzheimer's disease. According to another friend Attorney, the Cincinnati & Ohio Bar Associations should have compensated Plaintiff with Millions of Dollars the same way they would have done for any White Man. Plaintiff will not mention the Black Woman Judge's name here for respect but the Cincinnati Bar & OHio Bar all know very well the Black Woman Judge.**

The **worst conspiracy** that followed that drama is that The Black & White KKKs of Cincinnati Ohio started to recruit poor Black women and mentally ill White Women, paid them money to go to the County to file some pathological lies and allegations of stalking. Well Plaintiff hereby challenges all the Racists of Cincinnati, Ohio from the Black Dynasty of the Mallory, Patrick K. Fischer, Sandra Beckwith and any other Racist in Cincinnati, Ohio to present all the sick women you paid money to attempt to smear Plaintiff's name, to bring them on National Television for a Congressional Hearing for the sake of the Truth! Truth

VI

does matter and only the liars and the haters are running away from the Truth! Black women with kids would go sit at Plaintiff's bus stop. When the bus comes and Plaintiff helps them with their baby's stroller, they try to accuse Plaintiff with all kinds of Racist lies. Plaintiff decided not to help, hold a damn door or even give a dime to any woman asking for money in Cincinnati, Ohio.

## JURISDICTION AND VENUE

- This Court has jurisdiction over this action pursuant to 42 U.S.C. § 1983, 42

kU.S.C. § 2000d, 28 U.S.C. §§ 1331, 1343(a)(3), (a)(4), and the Fourth and Fourteenth Amendments to the United States Constitution along with violations of Plaintiff's Second Amendments, Fifth and Six Amendments Rights to the Constitution of the United States. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

- Venue in this district is proper under 28 U.S.C. § 1391(b) because Plaintiffs' claims arose in this judicial district.

## RELIEF REQUESTED

As a direct and proximate result of Defendants' policies, practices, and/or customs, omissions, Plaintiff (and his family) has suffered and will continue to suffer compensable harm, including financial harm, humiliation, emotional distress, loss of liberty, loss of property and/or violations of their constitutional rights, and are entitled to declaratory relief, preliminary and permanent injunctive relief, lifetime financial relief and costs of all previous & current litigations. Plaintiffs hereby seek a compensation of One Hundred Million Dollar from each and every Defendant in the interest of Justice. Plaintiffs seek a speedy trial by jury of all issues.

**Plaintiff hereby requests a Mandatory Congressional Bill** that enforces at least a four time yearly visitation for American children. Plaintiff's ex-wife did everything she could to prevent Plaintiff from seeing his child who is 24 year old now. Plaintiff's ex- wife & husband at that time also stole half of the provisions Plaintiff bought for his daughter. Plaintiff bought a laptop, books, clothes, shoes, jewelries, hygiene products for his daughter for an amount of Three Thousand Dollars, insured and sent by U.S. Postal Services along with certified mail & return receipt in 2012 when Plaintiff ex- wife brought back his daughter to the U.S. after claiming her for years in her taxes while she was in Africa. Plaintiff sent his daughter allowance to Africa but never claimed her in his income taxes  Plaintiff never received the Certified Mail return receipt from the U.S. Postal service to verify who signed it to accept the container for his daughter, worse, his ex-wife told his daughter not to write a letter to enumerate all the items she received from Plaintiff. Plaintiff ex- wife also refused to send Plaintiff his daughter's information to open up an educational trust fund for his daughter because she wanted Plaintiff to put the money on her name. **Please be informed that Plaintiff did not see his daughter since she came back to the U.S. in 2012.** That is reflective of a Racist American society that is very adept at destroying Black families with White Lies!

-Plaintiff is very well aware that The U.S. Government does not give a damn about Black folks in America much less Black kids. As such, Plaintiff hereby requests a transparent investigation of who received the 2012 container and who signed that certified mail return receipt? **Even the Cincinnati- Ohio Post Office stole the return receipt Plaintiff sent with a letter to his loved ones. This is worse than Apartheid system.**

VII

-Plaintiff who petitioned the green card for his ex-wife did not sign for its renewal after she came to the U.S. Plaintiff hereby requests for an investigation of who forged his signature to renew F.Samb's green card or **what African Country sold** F. Samb a Fake Diplomatic passport for someone who could not read nor write as she boasted?

Plaintiff hereby requests an FBI investigation of what happened to the laptop Plaintiff bought for his daughter and to how much data F.Samb's husband at that time has stolen from Plaintiff and his daughter by sharing the same email address with his daughter for years? His name was **Mbodji"**

Plaintiff hereby requests the facts on who did he sell his daughter in New York State and for how much as alleged by his ex-wife last year? But for Plaintiff's legal battle in court to get back his daughter who was placed with a Lesbian couple by Annette Riley Richmond who suggested that Plaintiff change the name of his daughter from **Malcolm X's wife** to another name less controversial. But for the hundreds of letters written by Plaintiff to the Media and to Foreign dignitaries including the Pope, Plaintiff's daughter would be just another Black child auctioned in America.

Plaintiff is ready to take this case to the International Courts for Human Rights to clear his name from the pathological lies of his ex-wife F.Samb for the sake of Truth and justice. The sad part is that Plaintiff's daughter who already graduated from College still believes the generational lies of F.Samb. The U.S. government ought to shed light on this case in lieu of endless class actions throughout the United States.

-Plaintiff hereby requests an **FBI nationwide investigation of everyone who used his identity without his consent and knowledge** for employment, medical treatment, monetary gains and or racist attempts to smear Plaintiff's name. Such an evil attempt has already failed **because Plaintiff was already nominated as a Special Counsel by his mentor and former Mayor of Plaintiff's native city years ago besides the children named after Plaintiff by family members. The Racist Deeds in America can never convince those who raised Plaintiff from childhood to adolescence!!!**

The State of Texas must immediately release the innocent Black Attorney, Petrina Thompson from prison. All compensation from the State of Texas from this case must go to Attorney Petrina Thompson.

The Southern District of New York must put the case African Children Vs. Jeffrey Epstein's Estates on trial or grant them the Millions of Dollars they deserve just like the White girls raped by Epsteisn and his Billionaire friends.

Cathleene Hogan Wolf and Judge Colleen McMahon ought to be disbarred for forgery and perjury along with violation of Oath of office.

As for the SCOTUS, it must review all the Writs of Certs filed by Plaintiff and Plaintiff's two cases against Amazon.com & Jeff Bezos of Amazon.com. Plaintiffs must be compensated for each and every Writ of Cert at the SCOTUS!

The United States Congress has thirty days to set up a Congressional hearing in Gueye Vs. U.S. Postal Services et al before Plaintiff files an international case against each elected official contacted by Plaintiff without a response.

VIII

**The U.S. Government must abolish the Office of the United States Office of Personnel Management. They sell jobs to foreigners who cannot speak a correct English sentence and deny jobs to U.S. citizens with graduate degrees. That is Twenty First Century Neo Slavery.**

Last but not least, the State of Florida and others must create a new identification number different from constituents' date of birth and social security number to deter exposing people to further Identity thefts without protection nor compensation and shamefully blame it on Russia or China. The U.S. government is part of this continuous conspiracy to cover up decades of data breach and identity thefts nationwide.

-Plaintiff hereby requests compensation for years of legal research, endless reports & surveys for the **American "Bias" Association** and reinstatement of his membership without any new or pre-conditions. Plaintiff has been a member of the American Bar Association from 2003 until 2018 when Plaintiff included the ABA in his lawsuit Gueye Vs. U.S. Postal Services for employment discrimination and others. As such, ABA simply retaliated against Plaintiff and suspended his membership. That is not justice.

Plaintiff(s) travels a lot to manage his nonprofit by attending conferences, seminars, business and trade shows. As such, Plaintiff(s) prays the court to allow him to send and receive electronic filings to discharge him from burdensome costs of transportation to constantly return to Palm Beach County to pick mails and timely respond to court filings. yPursuant to Rule 5(b)(2)(E), and in accordance with PACER, Plaintiff(s) orders Defendants to serve Plaintiffs electronically all correspondences regarding this case and to forward to the clerk of court all motions received electronically from Plaintiff the same day for court transmission.

**Please see the two pages of copies of the U.S. Postal Services for Certified Mails & Return Receipts as proof of mailing to U.S. Congress Men & Women and the First Ladies of the United States without a response.**

Respectfully Submitted


Mr. Amar Gueye

*[signature]*

9999 North Military Trail

Papadg046@gmail.com

Respectfully Submitted,


Mr. Amar Gueye

9999 North Military Trail

Palm Beach Gardens, Florida 33410

*[signature]*

Email: Papadg046@gmail.com

August 10, 2022

Amar Gueye, Plaintiff

*[signature]*

## ADDRESSES OF DEFENDANTS

U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Office of the Assistant Attorney General, Main
Washington, D.C. 20530

US. Immigration: 5900 Capital Gateway Drive Camp Springs, MD
500 12th St SW #5600, Washington, DC 20536

**Supreme Court of the United States**

1 First St NE, Washington, DC 20543

**AT&T Headquarter**
AT&T Headquarter 208 S. Akard St. Dallas, TX 75202

**4- Palm Beach County**
**Board of County Commissioners**
**Palm Beach County**

301 N. Olive Avenue
West Palm Beach, FL 33401

**U.S. Federal Court, Southern District of New York**

500 Pearl Street, New York, NY 10007

**Second Circuit Court of Appeals of New York**

**40 Foley Square, New York, NY 10007**.

State of Texas-Governor Greg Abbott, Judge Bruce Bruce Mcfarling

**1800 Congress Ave. Austin, TX 78701**.



# ADDRESSES OF DEFENDANTS

U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Office of the Assistant Attorney General, Main
Washington, D.C. 20530

US. Immigration: 5900 Capital Gateway Drive Camp Springs, MD
500 12th St SW #5600, Washington, DC 20536

**Supreme Court of the United States**

1 First St NE, Washington, DC 20543

# AT&T Headquarter

AT&T Headquarter 208 S. Akard St. Dallas, TX 75202

# 4- Palm Beach County
**Board of County Commissioners**
**Palm Beach County**
301 N. Olive Avenue
West Palm Beach, FL 33401

**U.S. Federal Court, Southern District of New York**

500 Pearl Street, New York, NY 10007

**Second Circuit Court of Appeals of New York**

**40 Foley Square, New York, NY 10007**.

State of Texas-Governor Greg Abbott, Judge Bruce Bruce Mcfarling
**1800 Congress Ave. Austin, TX 78701**.



EXHIBIT A
FOR TWO PAGES
MENTIONED AT THE
END OF COMPLAINT





7020 1810 0002 2575 4411

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington DC 20543

OFFICIAL USE

Certified Mail Fee $3.60 — 0209 / 4

Extra Services & Fees (check box, add fee as appropriate) $0.00
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $3.00

Total Postage and Fees $6.60

Postmark Here — 08/27/2021

Sent To: Chief Justice John Roberts The Supreme Court

Street and Apt. No., or PO Box No.: of the United States One First St - NE Washington

City, State, ZIP+4®: DC 20543

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7020 1810 0090 0001 3014 3147

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON DC 20500

OFFICIAL USE

Certified Mail Fee $3.55 — 0209 / 30

Extra Services & Fees (check box, add fee as appropriate) $2.85
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $7.75

Total Postage and Fees $14.15

Postmark Here — 05/28/2020 — Washington DC 20500

Sent To: The honorable First Lady of The

Street and Apt. No., or PO Box No.: United State MRS. Melania Trump

City, State, ZIP+4®: The White house 1600 Pennsylvania Ave

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7020 1810 0002 2579 0747

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

New York NY 10007

OFFICIAL USE

Certified Mail Fee $3.60 — 0209 / 8

Extra Services & Fees (check box, add fee as appropriate) $0.00
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $1.80

Total Postage and Fees $5.40

Postmark Here — Proof of Another Service to SDNY & Defendant Epstein case. 06/11/2021

Sent To: Clerk of Court - U.S. Federal Court Southern

Street and Apt. No., or PO Box No.: District of New York 500 Pearl St

City, State, ZIP+4®: New York, NY 1007

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7020 2450 0001 1674 5176

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage

Total Postage and Fees

Postmark Here — ALAMO HEIGHTS STATION JAN 27 2021 SAN ANTONIO, TEXAS

Sent To: The Honorable First lady of THE U.S

Street and Apt. No., or PO Box No.: Dr. Jill Biden 1600 Pennsylvania

City, State, ZIP+4®: Ave. NW - Washington DC. 20500

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7020 1810 0002 2573 5618

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington DC 20230

OFFICIAL USE

Certified Mail Fee $3.55 — 0209 / 77

Extra Services & Fees (check box, add fee as appropriate) $2.85
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

Postage $0.55

Total Postage and Fees $6.95

Postmark Here — 12/01/2020

Sent To: Dr. Jill Biden . 1401 CONSTITUTION Ave

Street and Apt. No., or PO Box No.: NW. WASHINGTON DC 20230 - Biden

City, State, ZIP+4®: Transition Office.

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7020 1810 0002 2573 5625

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

New York NY 10007

OFFICIAL USE

Certified Mail Fee $3.55 — 0209 / 77

Extra Services & Fees (check box, add fee as appropriate) $2.85
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $0.55

Total Postage and Fees $6.95

Postmark Here — 12/01/2020

Sent To: Ruby J. Krajick, Clerk of Court Southern

Street and Apt. No., or PO Box No.: District of New York 500 Pearl St

City, State, ZIP+4®: New York, NY 10007

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

# EXHIBIT B



**ABA** AMERICAN BAR ASSOCIATION
Defending Liberty Pursuing Justice

**AMAR COURA GUEYE**

ABA Member Number
01100189

9/1/17 - 8/31/18
Member Since 2016

Hertz Gold Plus Rewards
42058564

*Call 800-654-2230 to activate